UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                **ORDER OF SURRENDER**
                                                  10-CR-43 (RRM)

- against -

THEOHARIS TOUMAZATOS,

          Defendant.
----------------------------------------------------------------X
MAUSKOPF, United States District Judge.

It is hereby ORDERED that Defendant Theoharis Toumazatos ("Defendant") surrender to the custody of the Attorney General of the United States at the Bureau of Prisons FCI Devens, before 12:00 noon on Monday, February 14, 2011 to serve the sentence imposed by this Court upon his conviction by plea of guilty in the above-captioned matter as reflected in the Amended Judgment entered by this Court on October 26, 2010 [Docket No. 63].

And it is FURTHER ORDERED that the conditions of Defendant's release set by this Court at the hearing held on January 10, 2011 and reflected in the Minute Entry for that hearing [Docket No. 76] are hereby continued.

And it is FURTHER ORDERED that immediately upon the entry of this Order on the docket, counsel for Defendant shall 1) personally notify Defendant of the contents of this Order, and 2) no later than 12:00 noon on February 10, 2011, electronically file a letter with the Court indicating that counsel has complied with this Order.

And it is FURTHER ORDERED that, pursuant to the letter filed by the Government on February 8, 2011 [Docket No. 80], the United States Attorney shall 1) immediately notify the Bureau of Prisons of the surrender date Ordered herein, 2) immediately provide counsel for

Defendant all contact information for Ms. Lisa Arpano at the Bureau of Prisons so that Defendant and his counsel may, if they wish, avail themselves of this contact to address Defendant's medical needs in advance of his surrender as Ordered herein, and 3) no later than 12:00 noon on February 10, 2011, electronically file a letter with the Court indicating that the United States Attorney has complied with this Order.

SO ORDERED.

Dated: Brooklyn, New York
      February 9, 2011

/S/
ROSLYNN R. MAUSKOPF
United States District Judge